UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | M.J. No. |
| | ) | 2004-M-0500 RBC |
| v. | ) | |
| | ) | |
| 1. JULIO CARRION SANTIAGO a/k/a "MACHO" | ) | |
| 2. PEDRO ALBERTO MIRANDA, a/k/a "TAVO" | ) | |
| 3. REYNALDO RIVERA, a/k/a "REY" | ) | |
| 4. JOSE RODRIGUEZ, | ) | |
| 5. ENRIQUE AGOSTO, | ) | |
| 6. JOSE TORRADO, | ) | |
| 7. CARLOS SANCHEZ, a/k/a "CARLITOS" | ) | |
| 8. LUIS R. SANCHEZ, a/k/a "PITO" | ) | |
| 9. EDWIN TORREZ, a/k/a "COQUI", a/k/a ""TIM" | ) | |
| 10. ZULEIMA REYES a/k/a "LINDA" and | ) | |
| 11. SANTIAGO ARROYO | ) | |
| Defendants. | ) | |

## MOTION TO UNSEAL

The United States of America respectfully moves this Court to unseal the Complaint, arrest warrants, supporting affidavit, and all related paperwork. In support of this motion, the government states that all of the individuals named in the affidavit supporting the Complaint have been arrested.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: DENISE JEFFERSON CASPER
Assistant U.S. Attorney

Date: October 15, 2004

ALLOWED; SO ORDERED
OCT 15 2004