AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____MASSACHUSETTS_____

## APPEARANCE

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for _Enrique Agosto_

I certify that I am admitted to practice in this court.

_Nov 1, 2004_
Date

_Catherine K. Byrne_
Signature

_Catherine K. Byrne_    _543838_
Print Name                Bar Number

_FDO  408 Atlantic Ave_
Address

_Boston     MA_
City        State       Zip Code

_617-223-8061_
Phone Number              Fax Number

11/1/2004
NR