✎JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: _____   Category No. I   Investigating Agency  DEA

City  Lowell/Fitchburg/Leominster     Related Case Information:

County  MIDDLESEX/WORCESTER    Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   2004-M-00500-RBC
Search Warrant Case Number   2004-M-00501-RBC
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   REYNALDO RIVERA         Juvenile   ☐ Yes   ☒ No

Alias Name   REY

Address   235 18ᵀᴴ ST., APT 204 DRACUT, MA

Birth date (Year only):  1978   SSN (last 4 #): ____   Sex ___ Race: _____   Nationality: _____

Defense Counsel if known:   Carl Donaldson, Esq.      Address:  11 Beacon Street, Suite 600
                                                              Boston, MA 02108

Bar Number: _____

**U.S. Attorney Information:**

AUSA   DENISE JEFFERSON CASPER        Bar Number if applicable  568116

Interpreter:   ☒ Yes   ☐ No        List language and/or dialect:   SPANISH

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested        ☐ Regular Process        ☒ In Custody

**Location Status:**

Arrest Date:   October 15, 2004

☒ Already in Federal Custody as  October 15, 2004   in  Plymouth House of Correction  .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony  6

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  NOVEMBER 10, 2004        Signature of AUSA:  *Denise Jefferson Casper*

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    REYNALDO RIVERA

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | Conspiracy to distribute heroin | 1 |
| Set 2  21 USC § 841(a) (1) | Possession w/intent to distribute heroin | 2,3,4,5,6 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____  **Category No.** I  **Investigating Agency** DEA

**City** Lowell/Fitchburg/Leominster  **Related Case Information:**

**County** MIDDLESEX/WORCESTER  Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number  2004-M-00500-RBC
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  ENRIQUE AGOSTO    Juvenile  [ ] Yes  [X] No

Alias Name _____

Address  1 SHATTUCK ST APT 303, LOWELL, MA

Birth date (Year only): 1964  SSN (last 4 #): ____  Sex ___  Race: _____  Nationality: _____

Defense Counsel if known:  Cathy Byrne, Esq.   Address: 408 Atlantic Avenue, 3rd Floor
                                                          Boston, MA 02108

Bar Number: _____

**U.S. Attorney Information:**

AUSA  DENISE JEFFERSON CASPER   Bar Number if applicable  568116

Interpreter:  [ ] Yes  [X] No    List language and/or dialect: _____

Matter to be SEALED:  [ ] Yes  [X] No

[ ] Warrant Requested    [ ] Regular Process    [X] In Custody

**Location Status:**

Arrest Date:  October 15, 2004

[X] Already in Federal Custody as  October 15, 2004  in  Plymouth House Of Correction
[ ] Already in State Custody _____  [ ] Serving Sentence  [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by _____  on _____

Charging Document:  [ ] Complaint  [ ] Information  [X] Indictment

Total # of Counts:  [ ] Petty ___  [ ] Misdemeanor ___  [X] Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

[X]  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: NOVEMBER 10, 2004    Signature of AUSA: /s/ Denise Jefferson Casper

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    ENRIQUE AGOSTO

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | CONSPIRACY TO DISTRIBUTE HEROIN | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____  **Category No.** I  **Investigating Agency** DEA

**City** Lowell/Fitchburg/Leominster  **Related Case Information:**

**County** MIDDLESEX/WORCESTER  Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number  2004-M-00500-RBC
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  JOSE TORRADO  Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address  241 MOODY STREET, LOWELL, MA

Birth date (Year only): 1980  SSN (last 4 #): ___  Sex ___  Race: ___  Nationality: ___

Defense Counsel if known:  Lenore M. Glaser, Esq.  Address: 25 Kingston Street
Boston, MA 02111

Bar Number: _____

**U.S. Attorney Information:**

AUSA  DENISE JEFFERSON CASPER  Bar Number if applicable  568116

Interpreter:  ☐ Yes  ☒ No  List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested  ☐ Regular Process  ☒ In Custody

**Location Status:**

Arrest Date:  October 15, 2004

☒ Already in Federal Custody as  October 15, 2004  in  Plymouth House of Correction .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on _____

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty ___  ☐ Misdemeanor ___  ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: NOVEMBER 10, 2004  Signature of AUSA: *Denise Jefferson Casper*

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    JOSE TORRADO

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

≈JS 45 (5/97) - (Revised USAO MA 1/15/04)

# Criminal Case Cover Sheet     U.S. District Court - District of Massachusetts

Place of Offense: _____    Category No. **1**    Investigating Agency **DEA**

City **Lowell/Fitchburg/Leominster**    Related Case Information:

County **MIDDLESEX/WORCESTER**

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number **2004-M-00500-RBC**
Search Warrant Case Number **2004-M-00503-RBC**
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name **CARLOS SANCHEZ**    Juvenile ☐ Yes ☒ No

Alias Name **CARLITOS**

Address **270 FAIRMOUNT ST APT 1F, FITCHBURG, MA**

Birth date (Year only): **1982**    SSN (last 4 #): _____    Sex ___    Race: _____    Nationality: _____

Defense Counsel if known: **Tony Scola, Esq.**    Address: **47 Harvard Street, Worcester, MA 02609**

Bar Number: _____

**U.S. Attorney Information:**

AUSA **DENISE JEFFERSON CASPER**    Bar Number if applicable **568116**

Interpreter: ☐ Yes ☒ No    List language and/or dialect: _____

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: **October 15, 2004**

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release: Ordered by **Judge Collings** on **November 3, 2004**

Charging Document: ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts: ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony **1**

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **NOVEMBER 10, 2004**    Signature of AUSA: *Denise Jefferson Casper*

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   CARLOS SANCHEZ

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____   **Category No.** I   **Investigating Agency** DEA

**City** Lowell/.Fitchburg/Leominster   **Related Case Information:**

**County** MIDDLESEX/WORCESTER   Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number   2004-M-00500-RBC
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   LUIS R. SANCHEZ   Juvenile  ☐ Yes  ☒ No

Alias Name   PITO

Address   427 ROSEWOOD LANE, LOWELL, MA

Birth date (Year only): 1974   SSN (last 4 #): ___   Sex ___ Race: ___   Nationality: ___

Defense Counsel if known:   Sean T. Delaney, Esq.   Address: 228 Central Street
Lowell, MA 01852
Bar Number: _____

**U.S. Attorney Information:**

AUSA   DENISE JEFFERSON CASPER   Bar Number if applicable   568116

Interpreter:  ☒ Yes  ☐ No   List language and/or dialect:   SPANISH

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested   ☒ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by   Judge Collings   on   October 21, 2004

Charging Document:  ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:  ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: NOVEMBER 10, 2004   Signature of AUSA: _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   LUIS R. SANCHEZ

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____  **Category No.** I  **Investigating Agency** DEA

**City** Lowell/Fitchburg/Leominster   **Related Case Information:**

**County** MIDDLESEX/WORCESTER   Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number  2004-M-00500-RBC
Search Warrant Case Number  2004-M-00504-RBC
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  EDWIN TORREZ   Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address  219 BLACK BROOK RD., LOWELL, MA

Birth date (Year only): 1965  SSN (last 4 #): _____  Sex M  Race: _____  Nationality: _____

Defense Counsel if known:  Victoria Bonilla-Argudo, Esq.  Address: 77 Central Street, 2nd Floor
Boston, MA 02109

Bar Number: _____

**U.S. Attorney Information:**

AUSA  DENISE JEFFERSON CASPER   Bar Number if applicable  568116

Interpreter:  ☒ Yes  ☐ No   List language and/or dialect:  SPANISH

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested   ☒ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date:  October 15, 2004

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by  Judge Collings  on  October 21, 2004

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: NOVEMBER 10, 2004   Signature of AUSA: /s/ Denise Jefferson Casper

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     **EDWIN TORREZ**

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: _____  Category No. I  Investigating Agency  DEA

City  Lowell/Fitchburg/Leominster   Related Case Information:

County  MIDDLESEX/WORCESTER   Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number  2004-M-00500-RBC
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  JOSE RODRIGUEZ          Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address  261 AIKEN ST 2ND FL. LOWELL, MA

Birth date (Year only): 1962  SSN (last 4 #): ___  Sex ___  Race: ___  Nationality: ___

Defense Counsel if known:  Valerie S. Carter, Esq.   Address: 530 Atlantic Avenue
                                                              Boston, MA 02108
Bar Number: _____

**U.S. Attorney Information:**

AUSA  DENISE JEFFERSON CASPER     Bar Number if applicable  568116

Interpreter:  ☒ Yes  ☐ No    List language and/or dialect:  SPANISH

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

Arrest Date:  October 15, 2004

☒ Already in Federal Custody as  October 15, 2004  in  Plymouth House of Correction
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty ___  ☐ Misdemeanor ___  ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  NOVEMBER 10, 2004    Signature of AUSA: *Denise Jefferson Casper*

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   JOSE RODRIGUEZ

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** _____   **Category No.** 1   **Investigating Agency** DEA

**City** Lowell/Fitchburg/Leominster   **Related Case Information:**

**County** MIDDLESEX/WORCESTER

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   2004-M-00500-RBC
Search Warrant Case Number   _____
R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   ZULEIMA REYES   Juvenile  [ ] Yes  [X] No

Alias Name   LINDA

Address   10 CONLON TERRACE, LOWELL, MA

Birth date (Year only): 1979   SSN (last 4 #): ___   Sex ___   Race: ___   Nationality: ___

Defense Counsel if known:   John D. Hodges, Esq.   Address: 1360 Main Street
Tewksbury, MA 01876

Bar Number: _____

**U.S. Attorney Information:**

AUSA   DENISE JEFFERSON CASPER   Bar Number if applicable   568116

Interpreter: [ ] Yes [X] No   List language and/or dialect: _____

Matter to be SEALED: [ ] Yes [X] No

[ ] Warrant Requested      [ ] Regular Process      [X] In Custody

**Location Status:**

Arrest Date:   October 15, 2004

[X] Already in Federal Custody as   October 15, 2004   in   FCI   .
[ ] Already in State Custody _____ [ ] Serving Sentence   [ ] Awaiting Trial
[ ] On Pretrial Release:   Ordered by _____ on _____

Charging Document:  [ ] Complaint   [ ] Information   [X] Indictment

Total # of Counts:  [ ] Petty ___  [ ] Misdemeanor ___  [X] Felony   5

Continue on Page 2 for Entry of U.S.C. Citations

[X]  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: NOVEMBER 10, 2004   Signature of AUSA: *Denise Jefferson Casper*

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   ZULEIMA REYES

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | 21 USC § 841(a)(1) | Possession w/intent to distribute heroin | 3,4,5,6 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

&JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____  **Category No.** I  **Investigating Agency** DEA

**City** Lowell/Fitchburg/Leominster  **Related Case Information:**

**County** MIDDLESEX/WORCESTER  Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number  2004-M-00500-RBC
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  SANTIAGO ARROYO  Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address  4 MURRAY COURT, APT 61, NASHUA, NEW HAMPSHIRE

Birth date (Year only): 1983  SSN (last 4 #): ____  Sex ___  Race: _____  Nationality: _____

Defense Counsel if known: _____  Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  DENISE JEFFERSON CASPER  Bar Number if applicable  568116

Interpreter:  ☒ Yes  ☐ No  List language and/or dialect:  SPANISH

Matter to be SEALED:  ☐ Yes  ☒ No

☒ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty ____  ☐ Misdemeanor ____  ☒ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: NOVEMBER 10, 2004  Signature of AUSA: *Denise Jefferson Casper*

☙JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  SANTIAGO ARROYO

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2  21 USC § 841(a)(1) | Possession w/intent to distribute heroin | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** _____    **Category No.** I    **Investigating Agency** DEA

**City** Lowell/Fitchburg/Leominster    **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number   2004-M-00509-RBC
Search Warrant Case Number _____
R 20/R 40 from District of   Eastern District of New York

**Defendant Information:**

Defendant Name   JUAN NUNEZ    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date (Year only): ___   SSN (last 4 #): ___   Sex  M   Race: ___   Nationality: ___

**Defense Counsel if known:**   Roger Witkins, Esq.    **Address:** 6 Beacon Street, Suite 1010
Boston, MA 02108

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** DENISE JEFFERSON CASPER    **Bar Number if applicable** 568116

**Interpreter:**  ☒ Yes  ☐ No    **List language and/or dialect:**   SPANISH

**Matter to be SEALED:**  ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

**Arrest Date:**   October 15, 2004

☒ Already in Federal Custody as   October 15, 2004   in   Plymouth House of Correction   .
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** NOVEMBER 10, 2004    **Signature of AUSA:** /s/ Denise Jefferson Casper

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    JUAN NUNEZ

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute Heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**