UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
v. )
JULIO SANTIAGO et al. )
Defendants ) Criminal No. 04-10336-NMG

**INFORMATION REGARDING PRIOR CONVICTIONS FILED PURSUANT TO 21 U.S.C. §851 REGARDING DEFENDANT ENRIQUE AGOSTO**

The United States Attorney charges that:

1. On or about May 26, 1992, ENRIQUE AGOSTO was convicted in Lowell District Court in Lowell, Massachusetts of manufacturing, distributing and dispensing a Class B controlled substance (to wit: cocaine) in violation of Mass. Gen. L. 94C, §32A(a). A copy of the docket (Docket number 9211 CR 0881) reflecting this judgment of conviction is attached hereto as Exhibit 1.

2. On or about September 24, 1992, ENRIQUE AGOSTO was convicted in Lowell District Court in Lowell, Massachusetts of manufacturing, distributing and dispensing a Class B controlled substance (to wit: cocaine) in violation of Mass. Gen. L. 94C, §32A(a). A copy of the docket (Docket number 9211 CR 3697) reflecting this judgment of conviction is attached hereto as Exhibit 2.

3. On or about September 24, 1992, ENRIQUE AGOSTO was convicted in Lowell District Court in Lowell, Massachusetts of manufacturing, distributing and dispensing a Class A controlled substance (to wit: heroin) in violation of Mass. Gen. L. 94C, §32.

A copy of the docket (Docket number 9211 CR 4274) reflecting this judgment of conviction is attached hereto as Exhibit 3.

4. On or about October 4, 1994, ENRIQUE AGOSTO was found guilty in Middlesex Superior Court of distributing and manufacturing a Class A controlled substance (2nd subsequent offense) in violation of M.G.L. 94C, §32. A copy of the docket (Docket number 1993-01603) reflecting this judgment of conviction is attached hereto as Exhibit 4.

5. ENRIQUE AGOSTO has been named as a defendant in an Indictment numbered 04-10336-NMG. The Indictment charges that ENRIQUE AGOSTO did knowingly and intentionally combine, conspire and agree with the named co-defendants and other persons, known and unknown to the Grand Jury, to possess with intent to distribute, and distribute, heroin, a Schedule I controlled substance and that the conspiracy involved at least one kilogram of a mixture and a substance containing a detectable amount of heroin, a Schedule I controlled substance in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

6. By way of this information, the government notifies ENRIQUE AGOSTO, that he is charged with committing the crime alleged in said indictment after having been previously convicted of the felony drug offenses as set out in paragraphs 1 through 4 above.

All in keeping with Title 21, United States Code, Section 851(a)(1).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

BY:

DENISE JEFFERSON CASPER
Assistant U.S. Attorney

Dated: December 2, 2004

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served upon counsel of record a copy of the foregoing document by electronic mail and by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery.

This 2nd day of December 2004.

DENISE JEFFERSON CASPER
ASSISTANT UNITED STATES ATTORNEY

1

Case 1:04-cr-10336-NMG   Document 93   Filed 12/02/2004   Page 4 of 17

DOCKET NUMBER 9211 CR 0881

COURT DIVISION: Lowell

NAME, ADDRESS AND ZIP CODE OF DEFENDANT

Enrique Agosto
245 Merrimack St
Lowell, Ma

ATTORNEY NAME: Waived / Retained / Assigned Pougue Committed

TERMS OF RELEASE: 10,000 w/s or 1,000 cash

DEF. DOB AND SEX: 12/16/64 M

OFFENSE CODE(S): 807

DATE OF OFFENSE: 1/31/92

PLACE OF OFFENSE: Lowell

COMPLAINANT: Lt. Conlon

POLICE DEPARTMENT (if applicable): Lowell

DATE OF COMPLAINT: 2/3/92

RETURN DATE AND TIME: Arrest

| DATE | PROCEEDING |
|---|---|
| 5/15/92 | Arraigned before J. Cullen J |
| | Advised of right to counsel |
| | Advised of right to drug exam |
| | Advised of right to bail review |
| | Advised of right to F.I. Jury Trial |
| | Waives / Requests F.I. Jury Trial |
| | Advised of alien rights |
| 2/3/92 | Warrant issued / Default warrant issued |
| 5/15/92 | Default removed / Warrant recalled |
| | Warrant issued / Default warrant issued |
| | Default removed / Warrant recalled |

COUNT-OFFENSE: A. MFG/DISTRIB/DISPENSE CLASS B SUB. C94C S32A(a)

FINE: | SURFINE: | COSTS: 50. | TOTAL DUE: VWF

DATE: 5/26/92

PLEA: Not Guilty / Guilty / Nolo / New Plea: / Admits suff. facts

FINDING: G

JUDGE: Grasso, J

IMPRISONMENT AND OTHER DISPOSITION: 1 yr HofC Conc c 91/7424
10 days to serve deemed served
Bal susp 5/26/93

Cont. w/o finding until:

Appeal of find. & disp. / Appeal of disp.

FINAL DISPOSITION / DATE: Discharged from probation / Dismissed at request of probation

COUNT-OFFENSE:

FINE: | SURFINE: | COSTS: | TOTAL DUE:

DATE:

PLEA: Not Guilty / Guilty / Nolo / New Plea: / Admits suff. facts

DRUG LAW CONVICTION

FINDING: | JUDGE:

IMPRISONMENT AND OTHER DISPOSITION: 9/24/92 Fd. in vio prob
suspsent revoked.
Bal sent imposed 11 mos 20 days
Conc w/ 4274/92

Cont. w/o finding until:

Appeal of find. & disp. / Appeal of disp.

FINAL DISPOSITION / DATE: Discharged from probation / Dismissed at request of probation

DUQUETTE COLLOQUY
KNOWLEDGEABLE WAIVER OF RIGHT TO APPEAL FOR JURY TRIAL
Justice

COUNT-OFFENSE:

FINE: | SURFINE: | COSTS: | TOTAL DUE:

DATE:

PLEA: Not Guilty / Guilty / Nolo / New Plea: / Admits suff. facts

FINDING: | JUDGE:

IMPRISONMENT AND OTHER DISPOSITION: Warren Ramsey given

Cont. w/o finding until:

Appeal of find. & disp. / Appeal of disp.

FINAL DISPOSITION / DATE: Discharged from probation / Dismissed at request of probation

COUNT-OFFENSE:

FINE: | SURFINE: | COSTS: | TOTAL DUE:

DATE:

PLEA: Not Guilty / Guilty / Nolo / New Plea: / Admits suff. facts

FINDING: | JUDGE:

IMPRISONMENT AND OTHER DISPOSITION:

Cont. w/o finding until:

Appeal of find. & disp. / Appeal of disp.

FINAL DISPOSITION / DATE: Discharged from probation / Dismissed at request of probation

| CONT. TO | PURPOSE | CONT. TO | PURPOSE |
|---|---|---|---|
| 5/26/92 | PTC | | |
| 7/23/92 | VOP | | |
| 9/24/92 | VOP | | |

| DATE | TAPE NO. | START | STOP |
|---|---|---|---|
| | | | |

CRIMINAL COMPLAINT

9211 CR 0881

Trial Court of Massachusetts
District Court Department

COURT DIVISION
Lowell

NAME, ADDRESS AND ZIP CODE OF DEFENDANT

Enrique Agosto
245 Merrimack St
Lowell, Ma

TO ANY JUSTICE OR CLERK-MAGISTRATE OF THE DISTRICT COURT DEPARTMENT:

The within named and undersigned complainant, on behalf of the Commonwealth, on oath complains that on the date and at the location stated herein the defendant did commit the offense(s) listed below.

| DEF. DOB AND SEX | OFFENSE CODE(S) |
|---|---|
| 12/16/64 M | 807 |
| DATE OF OFFENSE | PLACE OF OFFENSE |
| 1/31/92 | Lowell |
| COMPLAINANT | POLICE DEPARTMENT (if applicable) |
| Lt. Conlon | Lowell |
| DATE OF COMPLAINT | RETURN DATE AND TIME |
| 2/3/92 | Arrest |

COUNT-OFFENSE
A.MFG/DISTRIB/DISPENSE CLASS B SUB. C94C S32A(a)

not being authorized by law, did knowingly or intentionally manufacture, distribute or dispense a controlled substance in Class "B" of G.L. c.94C, s.31, to wit: **cocaine**, in violation of G.L. c.94C, s.32A(a).

COUNT-OFFENSE

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of the District Court of Lowell this OCT 1 2004 day of
CLERK-MAGISTRATE

COUNT-OFFENSE

COUNT-OFFENSE

| COMPLAINANT | SWORN TO BEFORE CLERK-MAGISTRATE/ASST. CLERK | ON (DATE) | ADDITIONAL COUNTS ATTACHED |
|---|---|---|---|
| X [signature] | X [signature] | 2/3/92 | ☐ |

FIRST JUSTICE
Joseph A. Grasso, Jr.

COURT ADDRESS
41 Hurd Street
Lowell, MA 01852

A TRUE COPY ATTEST: X
CLERK-MAGISTRATE/ASST. CLERK
ON (DATE)

2

DOCKET 9211 CR 3057

COURT DIVISION: Lowell

NAME, ADDRESS AND ZIP CODE OF DEFENDANT:
Enrique Agusto
256 Market St.
Lowell, Ma.

Waived / Retained / Assigned: Cutelis
12/22/93 Change

TERMS OF RELEASE: 100 PR

| DATE | PROCEEDING |
|---|---|
| 5/28/92 | Arraigned before J. Grasso |
| | Advised of right to counsel |
| | Advised of right to drug exam |
| | Advised of right to bail review |
| | Advised of right to F.I. Jury Trial |
| | Waives / Requests F.I. Jury Trial |
| | Advised of alien rights |
| 7/22/93 | Warrant issued / Default warrant issued |
| 7/22/93 | Default removed / Warrant recalled |
| 12/1/93 | Warrant issued / Default warrant issued |
| 12/20/93 | Default removed / Warrant recalled |

DEF. DOB AND SEX: 12/16/64 M

OFFENSE CODE(S): 807,832

DATE OF OFFENSE: 5/27/92

PLACE OF OFFENSE: Lowell

COMPLAINANT: Lt. Conlon

POLICE DEPARTMENT (if applicable): Lowell

DATE OF COMPLAINT: 5/28/92

RETURN DATE AND TIME: Arrest

COUNT-OFFENSE: A.MFG/DISTRIB/DISPENSE CLASS B SUB. C94C S32A(a)

FINE | SURFINE | COSTS | TOTAL DUE

DATE: 9/24/92

PLEA: Not Guilty / Guilty / Nolo — New Plea: Admits suff. facts

FINDING: G — JUDGE: Grasso, J

IMPRISONMENT AND OTHER DISPOSITION: 2 yrs HofC 1 yr to serve conc. w/ 4274-A Bal susp 9/23/94

Cont. w/o finding until:

Appeal of find. & disp. / Appeal of disp.

FINAL DISPOSITION — DATE
Discharged from probation
Dismissed at request of probation

COUNT-OFFENSE: B.CONSPIRACY TO VIOLATE CONTR. SUB. LAWS C94C S40

FINE | SURFINE | COSTS | TOTAL DUE

DATE: 9/24/92

PLEA: Not Guilty / Guilty / Nolo — New Plea: Admits suff. facts

FINDING: G — JUDGE: Grasso, J

IMPRISONMENT AND OTHER DISPOSITION: File

Cont. w/o finding until:

Appeal of find. & disp. / Appeal of disp.

FINAL DISPOSITION — DATE
Discharged from probation
Dismissed at request of probation

COUNT-OFFENSE:

FINE | SURFINE | COSTS | TOTAL DUE

DATE

PLEA: Not Guilty / Guilty / Nolo — New Plea: Admits suff. facts

DUQUETTE COLLOQUY KNOWLEDGEABLE WAIVER OF RIGHT TO APPEAL FOR JURY TRIAL

FINDING — JUDGE

Grasso, J
Justice

IMPRISONMENT AND OTHER DISPOSITION

Cont. w/o finding until:

Appeal of find. & disp. / Appeal of disp.

FINAL DISPOSITION — DATE
Discharged from probation
Dismissed at request of probation

COUNT-OFFENSE

FINE | SURFINE | COSTS | TOTAL DUE

DATE

PLEA: Not Guilty / Guilty / Nolo — New Plea: Admits suff. facts

FINDING — JUDGE

IMPRISONMENT AND OTHER DISPOSITION

Cont. w/o finding until:

Appeal of find. & disp. / Appeal of disp.

FINAL DISPOSITION — DATE
Discharged from probation
Dismissed at request of probation

| CONT. TO | PURPOSE | CONT. TO | PURPOSE |
|---|---|---|---|
| 7/23/92 | PTC | ~~7/22/93~~ | PR |
| 9/24/92 | P S/T | 12/22/93 | PR |
| 7/22/93 | WOF | 9/17/93 | PR |

| DATE | TAPE NO | START | STOP |
|---|---|---|---|
| | 12-1-93 | TR | |
| | 1/11/94 | | |

SEE REVERSE SIDE FOR DOCKET ENTRIES OF MOTIONS, CASE NOTES AND OTHER ACTIONS

CRIMINAL COMPLAINT 9211 CR 3697

Trial Court of Massachusetts
District Court Department

COURT DIVISION
Lowell

NAME, ADDRESS AND ZIP CODE OF DEFENDANT
Enrigue Agusto
256 Market St.
Lowell,Ma.

TO ANY JUSTICE OR CLERK-MAGISTRATE OF THE DISTRICT COURT DEPARTMENT:

The within named and undersigned complainant, on behalf of the Commonwealth, on oath complains that on the date and at the location stated herein the defendant did commit the offense(s) listed below.

DEF. DOB AND SEX
12/16/64 M

OFFENSE CODE(S)
807,832

DATE OF OFFENSE
5/27/92

PLACE OF OFFENSE
Lowell

COMPLAINANT
Lt. Conlon

POLICE DEPARTMENT (if applicable)
Lowell

DATE OF COMPLAINT
5/28/92

RETURN DATE AND TIME
Arrest

COUNT-OFFENSE
A.MFG/DISTRIB/DISPENSE CLASS B SUB. C94C S32A(a)

not being authorized by law, did knowingly or intentionally manufacture, distribute or dispense a controlled substance in Class "B" of G.L. c.94C, s.31, to wit: **Cocaine**, in violation of G.L. c.94C, s.32A(a).

COUNT-OFFENSE
B.CONSPIRACY TO VIOLATE CONTR. SUB. LAWS C94C S40

did conspire with **John Burne McQueen** to violate the provisions of G.L. c.94C, to wit: **Cocaine**, in violation of G.L. c.94C, s.40.

COUNT-OFFENSE

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of the District Court of Lowell this ___ day of OCT 1 2004

CLERK-MAGISTRATE

COUNT-OFFENSE

COMPLAINANT
X [signature]

SWORN TO BEFORE CLERK-MAGISTRATE/ASST. CLERK
[signature]

ON (DATE)
5/28

FIRST JUSTICE
Joseph A. Grasso, Jr.

COURT ADDRESS
41 Hurd Street
Lowell, MA 01852

TRUE ... CLERK-MAGISTRATE/ASST. CLERK

ON (DATE)

Case 1:04-cr-10336-NMG   Document 93   Filed 12/02/2004   Page 10 of 17

**DOCKET** 9211 CR 4274

COURT DIVISION: Lowell

NAME, ADDRESS AND ZIP CODE OF DEFENDANT:
Enrique Agosto
256 Market St.
Lowell, MA

Waived / Retained / Assigned

TERMS OF RELEASE: $2500 surety or $250 cash

| DATE | PROCEEDING |
|---|---|
| 6/22/92 | Arraigned before J. Grasso |
| | Advised of right to counsel |
| | Advised of right to drug exam |
| | Advised of right to bail review |
| | Advised of right to F.I. Jury Trial |
| | Waives / Requests F.I. Jury Trial |
| | Advised of alien rights |
| 7/24/92 | Warrant issued / Default warrant issued |
| 7/2/93 | Default removed / Warrant recalled |
| 12/1/93 | Warrant issued / Default warrant issued |
| 12/2/93 | Default removed / Warrant recalled |

DEF. DOB AND SEX: 7/16/64

OFFENSE CODE(S): 806 832 216 609

DATE OF OFFENSE: 6/20/92

PLACE OF OFFENSE: Lowell

COMPLAINANT: Paul Bourgeois

POLICE DEPARTMENT (if applicable): Lowell

DATE OF COMPLAINT: 6/22/92

RETURN DATE AND TIME: Arrest

**COUNT-OFFENSE: A.MFG./DISTRIB./DISPENSING CLASS A SUB. C94C S32**

DATE: 9/24/92 — PLEA: Not Guilty / Guilty / Nolo; New Plea; Admits suff. facts

FINDING: G — JUDGE: Grasso, J

FINE / SURFINE / COSTS / TOTAL DUE: OWF + P.O. day fee wa[ived]

IMPRISONMENT AND OTHER DISPOSITION: 2 yrs H of C, 1 yr to serve, Bal susp 9/23/94

Cont. w/o finding until: — Appeal of find. & disp. — Appeal of disp.

FINAL DISPOSITION: Discharged from probation / Dismissed at request of probation — DATE:

**COUNT-OFFENSE: B.CONSPIRACY TO VIOLATE CONTR. SUB. LAWS C94C S40**

did conspire with Marc Maurice LeDuc to violate the

DATE: 9/24/92 — PLEA; New Plea; Admits suff. facts

FINDING: G — JUDGE: Grasso, J

FINE / SURFINE / COSTS / TOTAL DUE:

IMPRISONMENT AND OTHER DISPOSITION: File

Cont. w/o finding until: — Appeal of find. & disp. — Appeal of disp.

FINAL DISPOSITION: Discharged from probation / Dismissed at request of probation — DATE:

**COUNT-OFFENSE: C.TRESPASS ON LAND, DWELLING, ETC. C266 S120**

DATE: 9/24/92 — PLEA: Not Guilty / Guilty / Nolo; New Plea; Admits suff. facts

FINDING: G — JUDGE: Grasso, J

FINE / SURFINE / COSTS / TOTAL DUE:

IMPRISONMENT AND OTHER DISPOSITION: File

Cont. w/o finding until: — Appeal of find. & disp. — Appeal of disp.

DUQUETTE COLLOQUY
KNOWLEDGEABLE WAIVER OF RIGHT TO APPEAL FOR [illegible]

FINAL DISPOSITION: Discharged from probation / Dismissed at request of probation — DATE:

**COUNT-OFFENSE: D.ASSAULT & BATTERY ON POLICE OFFICER C265 S13D**

did assault and beat [illegible] police officer

DATE: 9/24/92 — PLEA: Not Guilty / Guilty / Nolo; New Plea; Admits suff. facts — Grasso Justice — Alien warning

FINDING: G — JUDGE: Grasso, J

FINE / SURFINE / COSTS / TOTAL DUE:

IMPRISONMENT AND OTHER DISPOSITION: 90 day H of C committed, Conc w/ ct A — appealed

Cont. w/o finding until: — Appeal of find. & disp. — Appeal of disp.

FINAL DISPOSITION: Discharged from probation / Dismissed at request of probation — DATE: 11/19/93 [illegible]

| CONT. TO | PURPOSE | CONT. TO | PURPOSE | DATE | TAPE NO. | START | STOP |
|---|---|---|---|---|---|---|---|
| 7/1/92 | PTC | 9/24/92 | S/T | 7/26/93 PR | | 12-1-93 | PR |
| 7/23/92 10 days | (T) S/T Cont'd [illegible] | 6/24/92 | R | 10/22/93 PR | | 1/11/94 | |
| | | 9-23-94 PR | | 9/17/93 PR | | | |

SEE REVERSE SIDE FOR DOCKET ENTRIES OF MOTIONS, CAVEATS, AND OTHER ACTIONS

4

ON FILE BY ORDER OF Hely, J.
DEFENDANT NOT OBJECTING THERETO.
BY THE COURT.
(Hely, J.) Brenda M. Medeiros, Deputy ASSISTANT CLERK

MIDDLESEX, ss. Commonwealth of Massachusetts
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT
In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of said Superior Court this 25th day of October 2004
Clerk

Ch 94C S32
Poss CS A w/i Dist.

COMMONWEALTH
vs.
Enrique Agosto

SUPERIOR COURT, October sitting, 1993

6TH day — Returned by the Grand Jury and filed in Court. 1993 Dec 9 Defendant defaulted Joseph M. Mulbell Ass't Clerk. & capias issued to district attorney

1993 December 30 Default removed

1993 Dec. 30 Dfdts. is arraigned and ~~severally~~ pleads not guilty.

19 ~~A jury is empanelled, viz.:~~

Defendant is ordered to recognize in the sum of $ 100,000 ... or $ 10,000 ...

All matters are continued until January 20 1994 for pre-Trial Conference.

1994 January 20 All matters are continued until February 9 1994 for motions.

1994, Feb 9 Continued until February 17, 1994 for NEM.

1994 February 17 All matters are continued until April 7 1994 for motions by agreement.

1994, April 7 All matters are continued until May 19, 1994 for Motions.

1994, May 19-All matters are continued until June 14, 1994 for Motions.

1994 June 14 All matters are continued by agreement until July 12, 1994 for motions.

1994 July 13 All matters are continued by agreement until August 15, 1994 for motions.

1994 August 15, All matters are continued by agreement until September 22 1994 for motion.

1994 September 22 All matters are continued by agreement until September 29, 1994 for Trial.

1994 September 29 Jury Waived Trial Finding of Guilty Continued until October 4, 1994 for Findings on Second Offense.

1994, October 4

Commonwealth moves for sentence

Ch 94C S32(b)
SUBSEQUENT OFFENSE

**COMMONWEALTH**

*vs.*

Enrique Agosto

SUPERIOR COURT, October sitting, 19 93

6TH day — Returned by the Grand Jury and filed in Court.

Joseph M. Moulaff
Ass't. Clerk.

1994 Aug. 29 Dfdts/ are arraigned

and ~~severally~~ pleads not guilty.

19 ~~A jury is empanelled, viz.:~~

Jury Waived Trial -1994,October 4

Finding -Guilty

Commonwealth moves for sentence

SENTENCE - MASSACHUSETTS CORRECTIONAL

INSTITUTION, at Concord

FOR A TERM ~~NOT EXCEEDING~~ ~~YEARS, OR LESS~~

YEARS.

~~THAN~~ Five

Nunc Pro Tunc to August 31, 1993.
Victim Witness Fee levied in the amount of $50.
Mitts Issued.

By the Court (Hely, J.)

Brenda M. Medeiros
Deputy Assistant Clerk

MIDDLESEX, ss.
Commonwealth of Massachusetts
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT
In testimony that the foregoing is a true copy on file
and of record made by photographic process, I hereunto
set my hand and affix the seal of said Superior Court
this 26th day of October 2004
Clerk

**Commonwealth of Massachusetts**
**MIDDLESEX SUPERIOR COURT**
**Case Summary**
**Criminal Docket**

# MICR1993-01603
# Commonwealth v Agosto, Enrique

| | | | |
|---|---|---|---|
| **File Date** | 10/14/1993 | **Status** | Disposed (sentenced) (dsenimp) |
| **Status Date** | 10/04/1994 | **Session** | 6 - Crim 6 (Lowell) |
| **Jury Trial** | Yes | **Origin** | I - Indictment |
| **Lead Case** | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Arraignment** | 12/30/1993 | **Track** | | **Final PTC** | |
| **Disp. Deadline** | 12/30/1994 | **Deadline Status** | Deadline active since return date | **Status Date** | 01/12/1994 |
| **Pro Se Deft** | No | **Custody Status** | Middlesex House of Correction (Billerica) | **Start Date** | |
| **Weapon** | | **Substance** | | **Prior Record** | Unknown |

## OFFENSES

| Num | Offense | Code | Status | Status Date |
|---|---|---|---|---|
| 1 | 08/31/1993 | 094C:032:b | Active | 10/14/1993 |
| | Class A substnc, distrib/manufac, 2nd/subsqnt offense | | | |

## PARTIES

**Defendant**
Enrique Agosto
Gender: Male
Active 10/14/1993

**Private Counsel 552004**
Brian W Chance
170 Merrimack Street
Suite 206
Lowell, MA 01852
Phone: 978-453-9505
Fax: 978-453-6445
Withdrawn 12/08/1994

**Private Counsel 553321**
Richard N Foley
82 Archer Street
Lynn, MA 01901
Phone: 781-595-9623
Active 12/08/1994 Notify

**Plaintiff**
Commonwealth
Gender: Unknown
Active 10/14/1993

**District Atty's Office 557738**
Stephanie R McClellan
Middlesex County District Atty's Office
40 Thorndike Street
Courthouse
East Cambridge, MA 02141
Phone: 617-494-4050
Active 12/09/1993 Notify

## ENTRIES

| Date | Paper | Text |
|---|---|---|
| 10/14/1993 | 1.0 | Indictment returned |
| 12/01/1993 | 2.0 | Summons for arraignment issued. Return date - December 9, 1993. |
| 12/09/1993 | | Deft defaulted; warrant issued to the District Attorney. |
| 12/09/1993 | | Appearance of Commonwealth's Atty: McClellan |

**Commonwealth of Massachusetts**
**MIDDLESEX SUPERIOR COURT**
**Case Summary**
**Criminal Docket**

## MICR1993-01603
## Commonwealth v Agosto, Enrique

| Date | Paper | Text |
|---|---|---|
| 12/30/1993 | 3.0 | Appointment of Counsel Chance |
| 12/30/1993 | | Appearance of Deft's Atty: Chance |
| 12/30/1993 | | Default removed; warrant recalled |
| 12/30/1993 | | Deft arraigned before Court and pleads not guilty. |
| 12/30/1993 | | Bail set: $100,000.00 with surety or $10,000.00 cash (Howard Whitehead, Justice) Mittimus issued not recognizing. |
| 12/30/1993 | | Continued until 01/20/94 for pre-trial conference. |
| 12/30/1993 | 4.0 | Mittimus not recognizing indictments returned with service endorsed thereon. |
| 01/20/1994 | 5.0 | Pre-trial conference report, Filed in Court. |
| 01/20/1994 | 6.0 | Motion by Deft: For Discovery, Filed in Court. |
| 01/20/1994 | | Continued until 02/09/94 for motions on all matters. |
| 02/09/1994 | | Continued until 02/17/94 for Non Evidentiary Motions. |
| 02/17/1994 | 7.0 | Motion by Deft: To Suppress Evidence Obtained per Warrantless Stop, Search and Seizure, Filed in Court. |
| 02/17/1994 | | Continued until 04/07/94 for motions by agreement on all matters. |
| 04/07/1994 | | Continued until 05/19/94 for motions on all matters. |
| 05/19/1994 | | Continued until 06/14/94 for motions on all matters. |
| 06/14/1994 | | Continued until 07/12/94 for motions by agreement on all matters. |
| 07/18/1994 | | Continued until 08/15/94 for motions by agreement on all matters. |
| 08/15/1994 | | Continued until 09/22/94 for motions by agreement on all matters. |
| 09/22/1994 | | Continued until 09/29/94 for trial by agreement on all matters. |
| 09/29/1994 | 8.0 | Waiver of trial by jury, Filed in Court. |
| 09/29/1994 | | Continued until 10/04/94 for Findings on Second Offense. |
| 10/04/1994 | | Commonwealth moves for sentence. |
| 10/04/1994 | 9.0 | Finding of guilty (Charles J Hely, Justice) |
| 10/04/1994 | | Sentence imposed: ON FILE BY ORDER OF HELY, J. DEFENDANT NOT OBJECTING THERETO. BY THE COURT, HELY, J. |
| 10/04/1994 | | Sentence imposed: (SECOND OFFENSE) MASSACHUSETTS CORRECTIONAL INSTITUTION, CONCORD FOR A TERM OF FIVE YEARS. NUNC PRO TUNC TO AUGUST 31, 1993. |
| 10/04/1994 | | Victim-witness fee assessed: $50.00 |
| 10/04/1994 | | Mitts. issued. By the Court, Hely, J. |
| 10/04/1994 | 10.0 | Mittimus returned with service. |
| 10/05/1994 | | Attested copy of Indictment mailed to the Master of the House of Correction, Billerica. |
| 10/05/1994 | | Abstract mailed to the Bureau of Criminal Information. |
| 10/14/1994 | 11.0 | Motion by Deft: To Revise and Revoke, Filed in Court. |
| 10/14/1994 | 12.0 | Notice of appeal, Filed in Court. |
| 10/14/1994 | | Court Reporter Virginia Karas is hereby notified to prepare one copy of the transcript of the evidence on Motion to Suppress heard on September 29, 1994, Jury Waived trial on September 29, 1994 and Findings and Sentencing on October 4, 1994. |
| 10/14/1994 | 13.0 | Motion by Deft: For Funds for Transcript, Filed in Court. |
| 10/14/1994 | 14.0 | Motion by Deft: To Withdraw and Substitute Counsel, Filed in Court and C.P.C.S. notified to appoint counsel. |

**Commonwealth of Massachusetts**
**MIDDLESEX SUPERIOR COURT**
**Case Summary**
**Criminal Docket**

## MICR1993-01603
## Commonwealth v Agosto, Enrique

| Date | Paper | Text |
|---|---|---|
| 11/15/1994 | | Victim-witness fee paid as assessed $50.00 Paid |
| 12/07/1994 | 15.0 | Appointment of Counsel Foley |
| 03/24/1995 | 16.0 | Motion by Deft: to dismiss appeal with supporting affidavits. |
| 06/15/1995 | | Appeal withdrawn and trancscript ordered on 10/14/94 is hereby vacated. Notice given in hand to Virginia Karas, court reporter. |

MIDDLESEX, ss. Commonwealth of Massachusetts
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT
In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of said Superior Court this 25 day of October 2004
Clerk