UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v.     )<br>)<br>ENRIQUE AGOSTO )  | CRIMINAL NO. 04-10336-NMG |

ASSENTED-TO MOTION TO EXTEND TIME
FOR FILING MOTIONS AND GOVERNMENT RESPONSE

    Defendant moves to extend time to file motions from April 13, 2005 until May 13, 2005 and accordingly to extend the time for the government's response until June 1, 2005.

    As grounds for this motion, defendant states that additional time is needed to enable counsel to complete review of the voluminous discovery, research the law, and write the motions.

    Defendant agrees that the additional time for filing motions shall be excluded for speedy trial purposes.

    The government, by Assistant United States Attorney Denise Casper assents to this motion.

```
                                ENRIQUE AGOSTO
                                By his attorney,

                                /s/ Catherine K. Byrne

                                Catherine K. Byrne
                                   B.B.O. #543838
                                Federal Defender Office
                                408 Atlantic Avenue, 3rd Floor
                                Boston, MA  02110
                                Tel: 617-223-8061
```

April 13, 2005