✎JS 45  (5/97) - (Revised USAO MA 1/15/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** _____  **Category No.** _I_____  **Investigating Agency** _DEA_____

**City** _Lowell/Fitchburg/Leominster_  **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_

Superseding Ind./ Inf. _X_____  Case No. _04-10336-NMG_
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _2004-M-00500-RBC_____
Search Warrant Case Number _2004-M-00502-RBC_____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _JULIO CARRION SANTIAGO_____  Juvenile ☐ Yes ☒ No

Alias Name _MACHO_____

Address _264 MECHANIC ST., 2ND FL., LEOMINSTER, MA_____

Birth date (Year only): _1959_ SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:**  _John Cicilline, Esq._____  **Address:** _387 Atwells Avenue_____
_Providence, RI 02909_____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _DENISE JEFFERSON CASPER_____  **Bar Number if applicable** _568116_____

**Interpreter:** ☐ Yes ☒ No  **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**  ☐ **Regular Process**  ☒ **In Custody**

**Location Status:**

**Arrest Date:** _October 15, 2004_____

☒ Already in Federal Custody as _October 15, 2004_____ in _Plymouth House of Correction_____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:** ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  _3_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** **APRIL 13, 2005**  **Signature of AUSA:** _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    JULIO CARRION SANTIAGO _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | 18 USC § 924(c) | Possession of firearms in furtherance of a drug | 7 |
| Set 3 | 26 USC 5861(d) | Possession of unlicenced firearms | 8 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

## Criminal Case Cover Sheet

### U.S. District Court - District of Massachusetts

Place of Offense: _____    Category No. _I_    Investigating Agency _DEA_

City _Lowell/Fitchburg/Leominster_    Related Case Information:

County _MIDDLESEX/WORCESTER_

| | |
|---|---|
| Superseding Ind./ Inf. __X__ | Case No. 04-10336-NMG |
| Same Defendant | New Defendant |
| Magistrate Judge Case Number | 2004-M-00500-RBC |
| Search Warrant Case Number | 2004-M-00505-RBC |
| R 20/R 40 from District of | |

### Defendant Information:

Defendant Name _PEDRO ALBERTO MIRANDA_    Juvenile ☐ Yes ☒ No

Alias Name _TAVO, Carlos Colon_

Address _212 WILDER ST., LOWELL, MA_

Birth date (Year only): _1969_ SSN (last 4 #): ____ Sex ___ Race: ____ Nationality: ____

Defense Counsel if known: **John Palmer, Esq.**    Address: **24 School Street**
**Boston, MA 02108**

Bar Number: _____

### U.S. Attorney Information:

AUSA _DENISE JEFFERSON CASPER_    Bar Number if applicable _568116_

Interpreter: ☒ Yes ☐ No    List language and/or dialect: **SPANISH**

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

### Location Status:

Arrest Date: _October 15, 2004_

☒ Already in Federal Custody as _October 15, 2004_ in **Plymouth House of Correction** .
☐ Already in State Custody ____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by ____ on ____

Charging Document: ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts: ☐ Petty ____ ☐ Misdemeanor ____ ☒ Felony _1_

### Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **APRIL 13, 2005**    Signature of AUSA: _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number (To be filled in by deputy clerk):** _____

**Name of Defendant**     PEDRO ALBERTO MIRANDA _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** _I_____  **Investigating Agency** _DEA_____

**City** _Lowell/Fitchburg/Leominster_    **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_    Superseding Ind./ Inf.  _X_____    Case No.    _04-10336NMG_____
                                    Same Defendant _____    New Defendant _____
                                    Magistrate Judge Case Number    _2004-M-00500-RBC_____
                                    Search Warrant Case Number    _2004-M-00501-RBC_____
                                    R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name  _REYNALDO RIVERA_____    Juvenile    ☐ Yes    ☒ No

Alias Name    _REY_____

Address    _235 18TH ST., APT 204 DRACUT, MA_____

Birth date (Year only):  _1978_  SSN (last 4 #): _____  Sex ___  Race: _____  Nationality: _____

**Defense Counsel if known:**    **Carl Donaldson, Esq.**    **Address:** _11 Beacon Street, Suite 600_
                                                                    _Boston, MA 02108_
**Bar Number:**    _____

**U.S. Attorney Information:**

**AUSA** _DENISE JEFFERSON CASPER_____    **Bar Number if applicable** _568116_

**Interpreter:**    ☒ Yes ☐ No    **List language and/or dialect:**    _SPANISH_____

**Matter to be SEALED:**    ☐ Yes    ☒ No

         ☐ **Warrant Requested**    ☒ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:**    _October 15, 2004_____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☒ **On Pretrial Release:**  **Ordered by** _Judge Collings_  **on** _November 12, 2004_____

**Charging Document:**    ☐ **Complaint**    ☐ **Information**    ☒ **Indictment**

**Total # of Counts:**    ☐ **Petty** _____    ☐ **Misdemeanor** _____    ☒ **Felony**  _6_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:  APRIL 13, 2005**    **Signature of AUSA:** _Denise Jefferson Casper_

JS 45  (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    REYNALDO RIVERA _____

<strong>U.S.C. Citations</strong>

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | 21 USC § 841(a) (1) | Possession w/intent to distribute heroin | 2,3,4,5,6 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** I _____    **Investigating Agency** DEA _____

**City** Lowell/Fitchburg/Leominster    **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./ Inf.  X _____    Case No. 04-10336-NMG
                                    Same Defendant _____    New Defendant _____
                                    Magistrate Judge Case Number  2004-M-00500-RBC _____
                                    Search Warrant Case Number _____
                                    R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  ENRIQUE AGOSTO _____    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address  1 SHATTUCK ST APT 303, LOWELL, MA _____

Birth date (Year only): 1964  SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:**  Cathy Byrne, Esq. _____    Address: 408 Atlantic Avenue, 3rd Floor
                                                            Boston, MA 02108

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** DENISE JEFFERSON CASPER _____    Bar Number if applicable 568116 _____

**Interpreter:** ☐ Yes ☒ No    List language and/or dialect: _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☒ **In Custody**

**Location Status:**

**Arrest Date:** October 15, 2004 _____

☒ Already in Federal Custody as  October 15, 2004 _____ in  Plymouth House Of Correction  .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:** ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:** APRIL 13, 2005    **Signature of AUSA:** _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    ENRIQUE AGOSTO _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| **Set 1** _____21 U.S.C. § 846_____ | **CONSPIRACY TO DISTRIBUTE HEROIN** | _1_ _____ |
| **Set 2** _____ | _____ | _____ |
| **Set 3** _____ | _____ | _____ |
| **Set 4** _____ | _____ | _____ |
| **Set 5** _____ | _____ | _____ |
| **Set 6** _____ | _____ | _____ |
| **Set 7** _____ | _____ | _____ |
| **Set 8** _____ | _____ | _____ |
| **Set 9** _____ | _____ | _____ |
| **Set 10** _____ | _____ | _____ |
| **Set 11** _____ | _____ | _____ |
| **Set 12** _____ | _____ | _____ |
| **Set 13** _____ | _____ | _____ |
| **Set 14** _____ | _____ | _____ |
| **Set 15** _____ | _____ | _____ |

**ADDITIONAL INFORMATION:**

✎JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** I _____    **Investigating Agency** DEA _____

**City** Lowell/Fitchburg/Leominster    **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./ Inf. X _____    Case No. 04-10336NMG
                                     Same Defendant ____    New Defendant ____
                                     Magistrate Judge Case Number    2004-M-00500-RBC
                                     Search Warrant Case Number _____
                                     R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   JOSE TORRADO _____    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address   241 MOODY STREET, LOWELL, MA _____

Birth date (Year only): 1980  SSN (last 4 #): ____  Sex ____  Race: _____    Nationality: _____

**Defense Counsel if known:**   Lenore M. Glaser, Esq. _____    **Address:** 25 Kingston Street
                                                                    Boston, MA 02111
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  DENISE JEFFERSON CASPER _____    **Bar Number if applicable** 568116

**Interpreter:**  ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:**  ☐ Yes  ☒ No

      ☐ **Warrant Requested**        ☒ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:**   October 15, 2004 _____

☐ **Already in Federal Custody as** _____  **in** _____ .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☒ **On Pretrial Release:**  Ordered by Judge Collings  **on** November 12, 2004

**Charging Document:**   ☐ **Complaint**    ☐ **Information**    ☒ **Indictment**

**Total # of Counts:**   ☐ **Petty** _____    ☐ **Misdemeanor** _____    ☒ **Felony** 1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

**Date:**  APRIL 13, 2005    **Signature of AUSA:** _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant    JOSE TORRADO** _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| **Set 1  21 USC § 846** | **Conspiracy to distribute heroin** | **1** |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                               **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** _1_____    **Investigating Agency** _DEA_____

**City** _Lowell/Fitchburg/Leominster___    **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_    Superseding Ind./ Inf. __X_____    Case No. ___04-10336-NMG___
                                    Same Defendant _____    New Defendant _____
                                    Magistrate Judge Case Number ___2004-M-00500-RBC_____
                                    Search Warrant Case Number ___2004-M-00503-RBC_____
                                    R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _CARLOS SANCHEZ_____    Juvenile  ☐ Yes   ☒ No

Alias Name __CARLITOS_____

Address __270 FAIRMOUNT ST  APT 1F, FITCHBURG, MA_____

Birth date (Year only): _1982_  SSN (last 4 #): _____  Sex ___  Race: _____  Nationality: _____

**Defense Counsel if known:** __Tony Scola, Esq._____    **Address:** _47 Harvard Street_____
                                                                        _Worcester, MA 02609_____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _DENISE JEFFERSON CASPER_____    **Bar Number if applicable** _568116_____

**Interpreter:**  ☐ Yes ☒ No        List language and/or dialect: _____

**Matter to be SEALED:**  ☐ Yes  ☒ No

      ☐ **Warrant Requested**        ☒ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:** ___October 15, 2004_____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ **On Pretrial Release:** **Ordered by** _Judge Collings_____ **on** _November 3, 2004_____

**Charging Document:**   ☐ Complaint      ☐ Information      ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

**Date:  APRIL 13, 2005**        **Signature of AUSA:** _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     CARLOS SANCHEZ _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                         **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** I _____    **Investigating Agency** DEA _____

**City** Lowell/.Fitchburg/Leominster _____    **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./ Inf.   X _____    Case No.   04-10336-NMG
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number   2004-M-00500-RBC _____
Search Warrant Case Number   _____
R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   LUIS R. SANCHEZ _____    Juvenile   ☐ Yes   ☒ No

Alias Name   PITO _____

Address   427 ROSEWOOD LANE, LOWELL, MA _____

Birth date (Year only):   1974   SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:**   Sean T. Delaney, Esq. _____    **Address:** 228 Central Street _____
Lowell, MA 01852
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** DENISE JEFFERSON CASPER _____    **Bar Number if applicable** 568116 _____

**Interpreter:** ☒ Yes ☐ No    **List language and/or dialect:** SPANISH _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**    ☒ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release:**   **Ordered by** Judge Collings _____ **on** October 21, 2004 _____

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony   1 _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** APRIL 13, 2005    **Signature of AUSA:** _[signature]_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** __LUIS R. SANCHEZ__ _____

### U.S.C. Citations

| __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|
| Set 1 __21 USC § 846__ | __Conspiracy to distribute heroin__ | __1__ |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

## Criminal Case Cover Sheet                                    U.S. District Court - District of Massachusetts

**Place of Offense:** _____  **Category No.** _I_____  **Investigating Agency** _DEA_____

**City** _Lowell/Fitchburg/Leominster_   **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_    Superseding Ind./ Inf.    _X_____    Case No.    _04-10336-NMG_
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number    _2004-M-00500-RBC_____
Search Warrant Case Number    _2004-M-00504-RBC_____
R 20/R 40 from District of _____

### Defendant Information:

**Defendant Name**  _EDWIN TORREZ_____    Juvenile    ☐ Yes    ☒ No

**Alias Name** _____

**Address**  _219 BLACK BROOK RD., LOWELL, MA_

**Birth date (Year only):**  _1965_   **SSN (last 4 #):** _____   **Sex** _M_   **Race:** _____   **Nationality:** _____

**Defense Counsel if known:**    _Victoria Bonilla-Argudo, Esq._    **Address:** _77 Central Street, 2nd Floor_
**Bar Number:** _____                    _Boston, MA 02109_

### U.S. Attorney Information:

**AUSA** _DENISE JEFFERSON CASPER_____    **Bar Number if applicable** _568116_

**Interpreter:**    ☒ Yes  ☐ No    **List language and/or dialect:**    _SPANISH_

**Matter to be SEALED:**    ☐ Yes   ☒ No

  ☐ **Warrant Requested**       ☒ **Regular Process**       ☐ **In Custody**

### Location Status:

**Arrest Date:**    _October 15, 2004_____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:   **Ordered by** _Judge Collings_____   **on**  _October 21, 2004_

**Charging Document:**   ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**   ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  _1_

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:**  **APRIL 13, 2005**        Signature of AUSA: _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**   <u>EDWIN TORREZ</u> _____

## U.S.C. Citations

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1  <u>21 USC § 846</u> | <u>Conspiracy to distribute heroin</u> | <u>1</u> |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** _I_____  **Investigating Agency** _DEA_____

**City** _Lowell/Fitchburg/Leominster___  **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_  Superseding Ind./ Inf. _X_____  Case No. ___04-10336-NMG___
                                  Same Defendant _____  New Defendant _____
                                  Magistrate Judge Case Number ___2004-M-00500-RBC___
                                  Search Warrant Case Number _____
                                  R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  _JOSE RODRIGUEZ_____  Juvenile  ☐ Yes  ☒ No

Alias Name  _____

Address  _261 AIKEN ST 2ND FL. LOWELL, MA_____

Birth date (Year only): _1962_  SSN (last 4 #): ____  Sex ___  Race: _____  Nationality: _____

**Defense Counsel if known:**  _Valerie S. Carter, Esq.___  **Address:** _530 Atlantic Avenue_____
**Bar Number:** _____                           _Boston, MA 02108_____

**U.S. Attorney Information:**

AUSA _DENISE JEFFERSON CASPER_____  Bar Number if applicable _568116_____

**Interpreter:**  ☒ Yes  ☐ No        List language and/or dialect:        _SPANISH_____

**Matter to be SEALED:**  ☐ Yes  ☒ No

       ☐ **Warrant Requested**        ☐ **Regular Process**        ☒ **In Custody**

**Location Status:**

**Arrest Date:**  _October 15, 2004_____

☒ **Already in Federal Custody as** _October 15, 2004_____  in  _Plymouth House of Correction_____ .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial Release:  Ordered by** _____  **on** _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  _1_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

**Date:  APRIL 13, 2005**        Signature of AUSA: _Denise Jefferson Casper_____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** **(To be filled in by deputy clerk):** _____

**Name of Defendant**    **JOSE RODRIGUEZ** _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** _____    **Category No.** _I_____    **Investigating Agency** _DEA_____

**City** _Lowell/Fitchburg/Leominster_    **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_    Superseding Ind./ Inf. __X_____    Case No. _04-10336-NMG_

Same Defendant _____    New Defendant _____

Magistrate Judge Case Number _2004-M-00500-RBC_

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _ZULEIMA REYES_____    Juvenile    ☐ Yes    ☒ No

Alias Name _LINDA_

Address _10 CONLON TERRACE, LOWELL, MA_

Birth date (Year only): _1979_  SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:** _John D. Hodges, Esq._    Address: _1360 Main Street_
_Tewksbury, MA 01876_

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _DENISE JEFFERSON CASPER_    Bar Number if applicable _568116_

**Interpreter:** ☐ Yes ☒ No    List language and/or dialect: _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**    ☒ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _October 15, 2004_

☐ **Already in Federal Custody as** _____ in _____ .

☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**

☒ **On Pretrial Release:**  **Ordered by** _Judge Collins_    on _November 15, 2004_

**Charging Document:**    ☐ **Complaint**    ☐ **Information**    ☒ **Indictment**

**Total # of Counts:**    ☐ **Petty** _____    ☐ **Misdemeanor** _____    ☒ **Felony** _5_

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** _APRIL 13, 2005_    **Signature of AUSA:** _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    ZULEIMA REYES _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1    21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2    21 USC § 841(a)(1) | Possession w/intent to distribute heroin | 3,4,5,6 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** _1_____   **Investigating Agency** _DEA_____

**City** _Lowell/Fitchburg/Leominster_    **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_   Superseding Ind./ Inf. __X_____   Case No. __04-10336-NMG___

Same Defendant _____   New Defendant _____

Magistrate Judge Case Number __2004-M-00500-RBC_____

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _SANTIAGO ARROYO_____   Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address _4 MURRAY COURT, APT 61, NASHUA, NEW HAMPSHIRE_____

Birth date (Year only): _1983_  SSN (last 4 #): _____  Sex ___  Race: _____  Nationality: _____

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _DENISE JEFFERSON CASPER_____   **Bar Number if applicable** _568116_____

**Interpreter:**  ☒ Yes  ☐ No       **List language and/or dialect:**    _SPANISH_____

**Matter to be SEALED:**   ☐ Yes  ☒ No

☒ Warrant Requested       ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .

☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial

☐ On Pretrial Release:  **Ordered by** _____ **on** _____

**Charging Document:**   ☐ Complaint     ☐ Information     ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  _2_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:  APRIL 13, 2005**       **Signature of AUSA:** _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** **(To be filled in by deputy clerk):** _____

**Name of Defendant** ___SANTIAGO ARROYO___

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1 __21 USC § 846__ | __Conspiracy to distribute heroin__ | __1__ |
| Set 2 __21 USC § 841(a)(1)__ | __Possession w/intent to distribute heroin__ | __2__ |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

✎JS 45 (5/97) - (Revised USAO MA 1/15/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** _____    **Category No.** I_____    **Investigating Agency** DEA_____

**City** Lowell/Fitchburg/Leominster    **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./ Inf.  X_____    Case No.  04-10336-NMG
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number  2004-M-00509-RBC_____
Search Warrant Case Number _____
R 20/R 40 from District of  Eastern District of New York_____

**Defendant Information:**

Defendant Name  JUAN NUNEZ_____    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex M Race: _____ Nationality: _____

**Defense Counsel if known:**  Roger Witkins, Esq._____    Address: 6 Beacon Street, Suite 1010_____
Boston, MA 02108_____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  DENISE JEFFERSON CASPER_____    Bar Number if applicable  568116_____

**Interpreter:**    ☒ Yes  ☐ No    List language and/or dialect:    SPANISH_____

**Matter to be SEALED:**    ☐ Yes  ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☒ **In Custody**

**Location Status:**

**Arrest Date:**    October 15, 2004_____

☒ Already in Federal Custody as  October 15, 2004_____ in  Plymouth House of Correction_____ .
☐ Already in State Custody _____ ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:  APRIL 13, 2005    Signature of AUSA: _Denise Jefferson Casper_

✎JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    JUAN NUNEZ _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute Heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**