HON. NATHANIEL GORTON                    2/16/06
UNITED STATES DISTRICT COURT
1 COURTHOUSE WAY
BOSTON, MA    02210


RE: U.S. v ENRIQUE AGOSTO   04-CR-10336-NMG


DEAR JUDGE GORTON,

   I HAVE ENCLOSED RECENT CORRESPONDENCE BETWEEN MYSELF AND MY ATTORNEY, CATHERINE K. BYRNE. IN LOOKING AT THIS CORRESPONDENCE YOU WILL SEE THAT I HAVE BEEN INCARCERATED FOR 15 MONTHS. DURING THIS TIME ATTORNEY BYRNE HAS DONE NOTHING ON BEHALF OF MY DEFENSE. NOW I RECEIVE A LETTER JUST YESTERDAY INFORMING ME THAT I GO TO TRIAL ON 3/27/06. YOUR HONOR, I AM FACING LIFE IN PRISON..... I WOULD ASK THAT YOU INSURE THAT I RECEIVE AN ADEQUATE DEFENSE.

   I WOULD ASK THAT YOUR HONOR ALLOW ME TO BE ASSIGNED NEW COUNSEL. I HAVE RECEIVED TWO NAMES FROM OTHER INMATES; KEVIN L. BARRON, ESQ. AND ROBERT GOLDSTEIN, ESQ.

   I WOULD GREATLY APPRECIATE YOUR ASSISTANCE WITH THIS MATTER.


SINCERELY,

*[signature]*
ENRIQUE AGOSTO - 38755
FNI/101
PCCF
26 LONG POND RD
PLYMOUTH, MA 02360