UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| VS. | ) ) | Case No. 04-CR-10336-NMG |
| ENRIQUE AGOSTO | ) ) ) | |

## MOTION FOR LEAVE TO FILE MOTIONS IN LIMINE LATE

Now comes Enrique Agosto, an accused in the above-entitled criminal action, and hereby moves this Honorable Court for leave to file Motions *in Limine,* late. As grounds for this Motion, counsel for the accused states that he has not been receiving electronic notice of any documents being filed in action and; therefore, had no notice of the motions being filed by the other parties.

Respectfully submitted for
the accused, Enrique Agosto,
By his attorney,


/s/ Eugene Patrick. McCann
_____
Eugene Patrick McCann, BBO #327400
Manzi and McCann
59 Jackson Street
Lawrence, Massachusetts 01840
Tel.  (978) 686-5664

DATED:  September 19, 2006

## CERTIFICATE OF SERVICE

I, Eugene Patrick McCann, counsel for Enrique Agosto certify under the pains and penalties of perjury, that I have, on this 19th day of September, 2006, served copies of the foregoing by electronic filing upon all parties, including AUSA William Bloomer.


/s/ Eugene Patrick McCann
_____
Eugene Patrick McCann