UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | Case No. 04-CR-10336-NMG |
| ) | |
| ENRIQUE AGOSTO ) | |

### MOTION TO JOIN MOTIONS IN LIMINE FILED BY CO-DEFENDANTS

Now comes Enrique Agosto, an accused in the above-entitled criminal action, and hereby moves this Honorable Court to join the following motions filed by the his co-defendants, such that the Court need not unnecessarily address various motions addressing the same issues: (1) First Motion In Limine of Defendant Pedro Miranda (Dkt. No. 262), pleading entitled "Defendant's Motion In Limine-Soft Experts," filed by Juan Nunez (Dkt. No. 241), and pleading entitled "Defendant's Objection," filed by Julio Santiago (Dkt. No. 256) and the Memorandum filed in support thereof (Dkt. No. 257), all of which concern the government's proffered "expert" testimony concerning narcotics distribution practices and the alleged use of "code" language by the defendants charged in the above-captioned matter, and/or the government's disclosure obligations in connection with proffered expert testimony, and (2) pleading entitled "Motion of Defendant In Limine RE Experts," filed by Juan Nunez (Dkt. No. 246), which seeks to preclude any government "expert" witness from answering questions on direct examination based on informant information that could not be disclosed on cross-examination.

        Respectfully submitted for
the accused, Enrique Agosto,
By his attorney,


/s/ Eugene Patrick. McCann
_____
Eugene Patrick McCann, BBO #327400
Manzi and McCann
59 Jackson Street
Lawrence, Massachusetts 01840
Tel. (978) 686-5664

DATED: September 19, 2006

## CERTIFICATE OF SERVICE

    I, Eugene Patrick McCann, counsel for Enrique Agosto certify under the pains and penalties of perjury, that I have, on this 19th day of September, 2006, served copies of the foregoing by electronic filing upon all parties, including AUSA William Bloomer.


/s/ Eugene Patrick McCann
_____
Eugene Patrick McCann