UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| VS. | ) ) | Case No. 04-CR-10336-NMG |
| ENRIQUE AGOSTO | ) ) ) | |

**MOTION FOR LEAVE TO FILE ADDITIONAL MOTIONS IN LIMINE**

Now comes Enrique Agosto, an accused in the above-entitled criminal action, and hereby moves this Honorable Court for leave to file additional motions *in limine,* if necessary and warranted, on or before October 2, 2006, which is one week after the government provides all information it is required to disclose 21 days before trial (September 25, 2006).

Respectfully submitted for
the accused, Enrique Agosto,
By his attorney,

/s/ Eugene Patrick. McCann
_____
Eugene Patrick McCann, BBO #327400
Manzi and McCann
59 Jackson Street
Lawrence, Massachusetts 01840
Tel.  (978) 686-5664

DATED:  September 19, 2006

**CERTIFICATE OF SERVICE**

I, Eugene Patrick McCann, counsel for Enrique Agosto certify under the pains and penalties of perjury, that I have, on this 19th day of September, 2006, served copies of the foregoing by electronic filing upon all parties, including AUSA William Bloomer.

/s/ Eugene Patrick McCann
_____
Eugene Patrick McCann