UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA  )  )  VS.                                            )   Case No. 04-CR-10336-NMG  )  ENRIQUE AGOSTO                 )  ) | |

### ACCUSED'S ASSENTED TO MOTION TO CONTINUE

Now comes Enrique Agosto, the accused in the above-captioned criminal action, and, pursuant to Fed. R. Crim. 14 (a), respectfully moves this Honorable Court to continue the Status Conference presently scheduled for April 12, 2007 to April 27, 2007 to a later date convenient to the Court and the Government.

As grounds for this Motion, the accused states as follows:

1. Counsel for the accused is scheduled to appear in Courtroom 8B of the Middlesex Superior Court in Cambridge on the afternoon of April 12, 2007 for motions in the case of Commonwealth v. Scott Foxworth. Mr. Foxworth is charged with murder in the first degree.

2. Counsel for the accused has discussed this matter with AUSA William Bloomer, and the Government has agreed to the requested continuance.

3. The accused waives his rights to a speedy trial under 18 U.S.C. 3161 for the period of October 16, 2006 to such date as this Court may assign for trial.

4. The requested continuance is for good cause, in the interests of justice and will not unduly prejudice the Government or the accused.

Respectfully submitted for
the accused, by his attorney,

/s/ Eugene Patrick McCann
_____
Eugene Patrick McCann, BBO #327400
Manzi and McCann
59 Jackson Street
Lawrence, Massachusetts  01840
Tel. (978) 686-5664

Dated:        March 30, 2007

ASSENTED TO:

UNITED STATES OF AMERICA

/s/ William F. Bloomer
_____
AUSA William F. Bloomer
Office of the United States Attorney
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, Massachusetts 02210

## CERTIFICATE OF SERVICE

   I, Eugene Patrick McCann, counsel for the accused certify that on this 30th day of March, 2007, I served a copy of the foregoing Motion upon the AUSA William F. Bloomer by electronic filing.

/s/ Eugene Patrick McCann
_____
Eugene Patrick McCann