UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | Case No. 04-CR-10336-NMG |
| ) | |
| ENRIQUE AGOSTO ) | |

**ASSENTED TO MOTION OF THE ACCUSED**
**TO CONTINUE TRIAL**

Now comes Enrique, the accused in the above-entitled criminal matter and pursuant to Fed. R. Crim. P. Rule 14 and LR 7.1, respectfully moves this Honorable Court to continue the Trial from October 15, 2007 for a period of four (4) to six (6) weeks to a date convenient to this Court and the Government.

As grounds for this Motion, the accused states as follows:

1. The requested continuance in needed due to the schedule of Mr. Agosto's appointed counsel, Attorney Eugene Patrick McCann.

2. At the time the trial in this matter was scheduled, Attorney McCann was tentatively scheduled to begin trial in the Middlesex Superior Court in the case of Commonwealth v. Scot Foxworth, Docket No. MICR2006-00798. However, at the recent final pre-trial conference in Commonwealth v. Foxworth, Attorney McCann was informed that October 15, 2007 was a firm trial date and a judge was being specially brought into the Middlesex Superior Court for the sole purpose of presiding over the trial in Commonwealth v. Foxworth, commencing on October 15, 2007. Mr. Foxworth is charged with first degree murder

and has been held without bail since his arrest. It is expected that trial in Commonwealth v. Foxworth will last up to two weeks.

    3.    Counsel for the accused has discussed this matter with AUSA William Bloomer, and the Government has agreed to the requested continuance.

    4.    Attorney McCann has discussed this matter with the accused, and the accused waives his rights to a speedy trial under 18 U.S.C. 3161 for the period of October 15, 2007 to such date as this Court may assign for trial.

    5.    The requested continuance is for good cause, in the interests of justice and will not unduly prejudice the Government or the accused.

Respectfully submitted for
the accused, by his attorney,

/s/ Eugene Patrick McCann
_____
Eugene Patrick McCann, BBO #327400
Manzi and McCann
59 Jackson Street
Lawrence, Massachusetts 01840
Tel. (978) 686-5664

Dated:    June 21, 2007

ASSENTED TO:

UNITED STATES OF AMERICA

/s/ William F. Bloomer
_____
AUSA William F. Bloomer
Office of the United States Attorney
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, Massachusetts 02210

## CERTIFICATE OF SERVICE

I, Eugene Patrick McCann, counsel for the accused certify that on this 21st day of June, 2007, I served a copy of the foregoing Motion upon the AUSA William F. Bloomer by electronic filing.

/s/ Eugene Patrick McCann
_____
Eugene Patrick McCann