UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | Case No. 04-CR-10336-NMG |
| ) | |
| ENRIQUE AGOSTO ) | |

**AFFIDAVIT OF EUEGE PATRICK McCANN IN SUPPORT OF THE
ASSENTED TO MOTION OF THE ACCUSED
TO CONTINUE TRIAL**

I, Eugene Patrick McCann, being under oath, do depose and state as follows:

1.  I have personal knowledge of all facts set forth in this affidavit.

2.  I am the appointed counsel for Enrique Agosto, the accused in the above-entitled matter.

3.  The requested continuance in needed due to my schedule.

4.  At the time the trial in this matter was scheduled, I was tentatively scheduled to begin trial in the Middlesex Superior Court in the case of <u>Commonwealth v. Scot Foxworth</u>, Docket No. MICR2006-00798. However, at the recent final pre-trial conference in <u>Commonwealth v. Foxworth</u>, I was informed that October 15, 2007 was a firm trial date and a judge was being specially brought into the Middlesex Superior Court for the sole purpose of presiding over the trial in <u>Commonwealth v. Foxworth</u>, commencing on October 15, 2007. Mr. Foxworth is charged with first degree murder and has been held without bail since his arrest. It is expected that trial in Commonwealth v. Foxworth will last up to two weeks.

5.  I have discussed this matter with AUSA William Bloomer, and the Government has agreed to the requested continuance.

      6.      I has discussed this matter with the accused, and the accused waives his rights to a speedy trial under 18 U.S.C. 3161 for the period of October 15, 2007 to such date as this Court may assign for trial.

      7.      The requested continuance is for good cause, in the interests of justice and will not unduly prejudice the Government or the accused.

Signed under the pqains and penalties of perjury this 21st day of June, 2007.

/s/ Eugene Patrick McCann
_____
Eugene Patrick McCann, BBO #327400
Manzi and McCann
59 Jackson Street
Lawrence, Massachusetts  01840
Tel. (978) 686-5664

**CERTIFICATE OF SERVICE**

I, Eugene Patrick McCann, counsel for the accused certify that on this 21st day of June, 2007, I served a copy of the foregoing Motion upon the AUSA William F. Bloomer by electronic filing.

/s/ Eugene Patrick McCann
_____
Eugene Patrick McCann