```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

```
UNITED STATES OF AMERICA      )
                              )
        v.                    )
                              ) Criminal No. 04-10336-NMG
ENRIQUE AGOSTO                )
                              )
    Defendant                 )
```

### GOVERNMENT'S MOTION PURSUANT TO UNITED STATES V. RENGIFO REGARDING ENGLISH-LANGUAGE TRANSLATIONS OF TAPE-RECORDED SPANISH CONVERSATIONS

Now comes the United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and William F. Bloomer, Assistant U.S. Attorney, and moves for leave to introduce into evidence at trial: (1) copies of original CD and tape recordings made during the investigation of this case, which recordings are substantially in Spanish; and (2) transcripts which contain the Spanish portions of those conversations (as well as the balance of the conversation in English) and English translations of those portions of the conversations. The government further requests leave to reserve the right to read into evidence all or part of the English translations, or to simply play the recordings and have the jury simultaneously read the transcripts.

As grounds for the within motion, the government states as follows:

During the investigation that led to this case, the government made recordings of conversations pursuant to T-III

court-ordered electronic intercepts.  The majority of the recorded conversations were in Spanish.  The government has prepared transcriptions which include both the Spanish portions of the conversations and translations of those portions into English.  The government has provided a final version of the majority of transcripts to defense counsel.[1]  The government will offer testimony at trial if necessary that the Spanish portions of the transcripts and the English translations of those portions are true and accurate.

   The government moves for leave to introduce into evidence at trial copies of the original CD and tape recordings which include all portions of the underlying conversations that took place at least in part in Spanish, transcriptions which include the portions of the conversations that took place in Spanish and English translations of those portions of the conversations, and further requests leave to admit into evidence all or part of the English translations.  <u>United States v. Rengifo</u>, 789 F.2d 975, 983 (1st Cir. 1986) (finding that English-language translations of tape-recorded conversations that originally took place in Spanish are admissible as substantive evidence; that such transcripts may go to the jury room; and that the government may use readers to read the English translations as an alternative to

---

[1] There are about a half-dozen transcripts that the government is preparing for this specific trial.  Defense counsel has been provided the linesheets pertaining to these calls.  Final transcripts will be provided to the defense immediately upon their completion.

playing the tape recording).

Based on the foregoing, the government's motion for leave to introduce into evidence at trial copies of the original CD and tape recordings and the English translations of those conversations should be allowed.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/: William F. Bloomer
                              WILLIAM F. BLOOMER
                              Assistant U.S. Attorney
                              BBO#553104
                              william.bloomer@usdoj.gov
                              (617) 748-3644
```

**CERTIFICATE OF SERVICE**

I, William F. Bloomer, hereby certify that this document filed through the ECF system on November 13, 2007, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non registered participants this date via US Postal Service, postage prepaid.

```
                              /s/: William F. Bloomer
                              WILLIAM F. BLOOMER
```

Date: 13 November 2007