UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| VS. | ) ) | Case No. 04-CR-10336-NMG |
| ENRIQUE AGOSTO | ) ) ) | |

### ASSENTED TO MOTION OF THE ACCUSED, ENRIQUE AGOSTO TO ADVANCE TRIAL DATE FOR A RULE 11 HEARING

Now comes Enrique Agosto, an accused in the above-entitled criminal matter and pursuant to Fed. R. Crim. P. Rules 11 and 12 and LR 7.1, respectfully moves this Honorable Court to advance the Trial Date scheduled for December 10, 2007 to December 6, 2007 at 3:00 p.m. for a Rule 11(c) hearing.

As grounds for this Motion, the accused states as follows:

1. Based upon discussions between the Government and the accused, the accused has decided to change his plea entered in this case.

2. Both the Government and the accused are available on December 6, 2007 at 3:00 p.m. for the Rule 11(c) change of plea heraing, and it is the parties' understanding that this date and time is available to this Court.

3. Counsel for Mr. Agosto has contacted AUSA William regarding advancing theTrial Date to December 6, 2007 to accommodate the accused's change of plea.

4. The requested advancement is for good cause, in the interests of justice and will not unduly prejudice Mr. Agosto or the Government.

        Respectfull Submitted for
        Enrique Agosto, by his Attorney,


        /s/ Eugene Patrick McCann
        _____
        Eugene Patrick McCann, BBO #327400
        Manzi and McCann
        59 Jackson Street
        Lawrence, Massachusetts 01840
        Tel. (978) 686-5664


DATED: November 26, 2007

        ASSENTED TO:
        UNITED STATES OF AMERICA


        /s/ William Bloomer
By:     _____
        William Bloomer
        Assistant United States Attorney
        Office of the United States Attorney
        U.S. Courthouse, Suite 9200
        One Courthouse Way
        Boston, Massachusetts 02210


### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I hereby certify that on this date my office conferred with AUSA William Bloomer and he indicated that he would not object to this Motion.


        /s/ Eugene Patrick McCann
        _____
        Eugene Patrick McCann, BBO #327400
        Manzi and McCann
        59 Jackson Street
        Lawrence, Massachusetts 01840
        Tel. (978) 686-5664

**CERTIFICATE OF SERVICE**

    I, Eugene Patrick McCann, counsel for Enrique Agosto, certify under the pains and penalties of perjury, that I have on this 26th day of November, 2007, served a copy of the foregoing to be delivered by electronic filing to the following:

AUSA William Bloomer
Office of the United States Attorney
U.S. Courthouse, Suite 9200
One Courthouse Way
Boston, Massachusetts 02210


    /s/ Eugene Patrick McCann
    _____
    Eugene Patrick McCann