UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS.                       ) | Case No. 04-CR-10336-NMG |
| ) | |
| ENRIQUE AGOSTO            ) | |

**MOTION FOR FUNDS TO RETAIN AN
INDEPENDENT FORENSIC PSYCHOLOGIST
TO CONDUCT INDIVIDUAL ANALYSIS OF THE ACCUSED**

Now comes Enrique Agosto, the accused in the above-captioned criminal action, and respectfully moves this Honorable Court to authorize at this time the payment of funds, not to exceed Three Thousand Five Hundred Dollars ($3,500.00), without prejudice for future funding, to retain Carol Lane, Lic.S.W. an independant Forensic Psychologist to conduct individual psychological analysis of the accused in connection with his change of plea and sentencing.

In support thereof, counsel for the accused states as follows:

1.   After meeting with the accused on more than one occasion, counsel for Mr. Agosto believes his client has had a long-time addiction to controlled substances and it is necessary for the accused to be examined by a forensic psychologist in connection with his change of plea and the presentencing report for the purpose of conducting his own research, analysis, and investigation.

2.   Accordingly, this request for funds is fair and reasonable and the information sought is necessary and material to in connection with Mr. Agosto's sentencing in this case.

3.     Counsel for the accused will provide complete copies of the psychological evaluation to Federal Pretrial Services and AUSA William Bloomer.

4.     The accused is indigent and without funds to retain his own expert. He is represented by appointed counsel and has been determined to be indigent by this Court.

           Respectfull Submitted for
           Enrique Agosto, by his Attorney,

           /s/ Eugene Patrick McCann
           _____
           Eugene Patrick McCann, BBO #327400
           Manzi and McCann
           59 Jackson Street
           Lawrence, Massachusetts 01840
           Tel. (978) 686-5664

DATED: November 26, 2007

## CERTIFICATE OF SERVICE

I, Eugene Patrick McCann, counsel for Enrique Agosto, certify under the pains and penalties of perjury, that I have on this 26th day of November, 2007, served a copy of the foregoing to be delivered by electronic filing to the following:

        AUSA William Bloomer
        Office of the United States Attorney
        U.S. Courthouse, Suite 9200
        One Courthouse Way
        Boston, Massachusetts 02210

           /s/ Eugene Patrick McCann
           _____
           Eugene Patrick McCann