UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | Case No. 04-CR-10336-NMG |
| ) | |
| ENRIQUE AGOSTO ) | |

**AFFIDAVIT OF EUEGEN PATRICK McCANN, ESQUIRE IN SUPPORT OF THE ACCUSED'S MOTION FOR FUNDS TO RETAIN AN INDEPENDENT FORENSIC PSYCHOLOGIST TO CONDUCT INDIVIDUAL ANALYSIS OF THE ACCUSED**

I, Eugene Patrick McCann, being under oath, do depose and state as follows:

1. I am an attorney duly authorized to practice in the Commonwealth of Massachusetts and before this Court.

2. I am the appointed counsel for the accused, Enrique Agosto in this matter.

3. After meeting with the accused on more than one occasion, I believe Mr. Agosto has had a long-time addiction to controlled substances and it is necessary for the accused to be examined by a forensic psychologist in connection with his change of plea and the presentencing report for the purpose of conducting my own research, analysis, and investigation.

4. Carol Lane, Lic.S.W. was retained by me in past in connection with a change of plea and the presenting report and her input proved helpful to my client in that matter and the Court.

5. Accordingly, this request for funds is fair and reasonable and the information sought is necessary and material to in connection with Mr. Agosto's sentencing in this case.

6 I will provide complete copies of the psychological evaluation to Federal Pretrial Services and AUSA William Bloomer.

7 The accused is indigent and without funds to retain his own expert. He is represented by appointed counsel and has been determined to be indigent by this Court.

Signed under the pains and penalties of perjury this 26th day of November, 2007.

/s/ Eugene Patrick McCann
_____
Eugene Patrick McCann, BBO #327400
Manzi and McCann
59 Jackson Street
Lawrence, Massachusetts 01840
Tel. (978) 686-5664


**CERTIFICATE OF SERVICE**

I, Eugene Patrick McCann, counsel for Enrique Agosto, certify under the pains and penalties of perjury, that I have on this 26th day of November, 2007, served a copy of the foregoing to be delivered by electronic filing to:

AUSA William Bloomer
Office of the United States Attorney
U.S. Courthouse, Suite 9200
One Courthouse Way
Boston, Massachusetts 02210

/s/ Eugene Patrick McCann
_____
Eugene Patrick McCann